**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6204**

JANINE MCDONALD

Plaintiff - Appellant

v.

UNITED STATES POSTAL SERVICE

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Ellen L. Hollander, District Judge. (1:12-cv-02759-ELH)

Submitted:  April 18, 2013          Decided:  April 23, 2013

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Janine McDonald, Appellant Pro Se.  Thomas Harold Barnard, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janine McDonald appeals the district court's order dismissing her civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. McDonald v. United States Postal Serv., No. 1:12-cv-02759-ELH (D. Md. Jan. 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2